**Opinion issued January 23, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00911-CV

———————————

## IN RE SAMUEL NORWOOD, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On October 22, 2013, relator, Samuel Norwood, filed a petition for writ of mandamus.[1]  On January 9, 2014, relator filed an unopposed "Motion to Dismiss Petition for Writ of Mandamus."  No opinion has issued.  Accordingly, we grant the motion and dismiss relator's petition for writ of mandamus.  *Cf.* TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

---

[1]  The underlying case is *In the Interest of A.R.N. and E.M.N., Children*, cause number 2006-40148, pending in the 311th District Court of Harris County, Texas, the Honorable Denise Pratt presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.